# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

**LeFloris Lyon**
Plaintiff(s),

v.

**Canadian National Railway Company,** *et al.*
Defendant(s).

Case No. 19 C 198
Judge Robert W. Gettleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Plaintiff LeFloris Lyon's suit is dismissed with prejudice

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman on a motion

Date: 2/19/2020

Thomas G. Bruton, Clerk of Court

Claire E. Newman, Deputy Clerk